UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROBERTS,<br><br>          Plaintiff,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No. 1:21-cv-00506-KES-CDB (PC)<br><br>**ORDER REGARDING STIPLUATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS K. TORRES AND M. FAROOQ**<br><br>(Doc. 57) |

On August 1, 2025, the parties filed a Stipulation for Voluntary Dismissal with Prejudice of Defendants K. Torres and M. Farooq. (Doc. 57.) The stipulation is signed and dated by Plaintiff Paul Roberts and by Kyle A. Lewis, counsel for Defendants A. Parra, C. Delgadillo, G. Gilman, G. Covert, J. Gonzalez, J. Lemus, K. Torres, M. D., M. Pilkerton, M. Houston, and M. Farooq, M.D. (*Id*.) Each party is to bear its own litigation costs and attorney's fees. (*Id.*) In light of the dismissal, Plaintiff's claims against Defendants K. Torres and M. Farooq are terminated by operation of law without further order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants K. Torres and M. Farooq and update the docket accordingly.

IT IS SO ORDERED.

Dated:   **August 4, 2025**                                    _____
                                                                                                 UNITED STATES MAGISTRATE JUDGE