UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROBERTS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00506-KES-CDB (PC)<br><br>**ORDER REGARDING STIPLUATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Doc. 59)<br><br>Clerk of the Court to Close Action |

　　　On August 7, 2025, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 59.) The stipulation is signed and dated by Plaintiff Paul Roberts and by Kyle A. Lewis, counsel for Defendants G. Gilman, C. Delgadillo, J. Lemus, J. Gonzalez, M. Pilkerton, M. Houston, G. Covert and A. Parra. (*Id.*) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

　　　Accordingly, this action is terminated by operation of law without further order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is DIRECTED to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:　**August 11, 2025**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE